IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROSA MARIA VELAZQUEZ-MORON, : | |
| : | CIVIL ACTION |
| Plaintiff, : | |
| : | NO: 2:20-cv-02308 |
| : | |
| v. : | |
| : | |
| PENELOPE A. LONG, : | |
| : | |
| Defendant. : | |

**PROPOSED ORDER ON MOTION FOR REASONABLE**
**ATTORNEYS' FEES AND COSTS**

**AND NOW**, this \_\_\_\_14th\_\_\_\_ day of\_\_DECEMBER\_\_\_, 2021, upon consideration of Plaintiff's Motion for Reasonable Attorneys' Fees and Cost, it is hereby **ORDERED** and **DECREED** that:

Plaintiff's Counsel is awarded Nine Thousand Two Hundred Ninety-Five Dollars ($9,295.00) in attorney's fees; and Four Hundred Forty Dollars ($440.00) in taxable costs expended during the above-captioned litigation.

Defendant, Penelope A. Long is hereby **Ordered** to pay reasonable attorneys' fees and costs to The Town Law, LLC, counsel for Plaintiff Rosa Maria Velazquez-Moron, in the amount Nine Thousand Seven Hundred Thirty-Five Dollars ($9,735.00).

**DONE AND ORDERED** this \_\_\_\_14TH\_\_\_\_ day of \_\_\_DECEMBER\_\_\_\_, 2021, in Chambers in Philadelphia, Pennsylvania.

                                              /S/WENDY BEETLESTONE, J.
                                              _____
                                              WENDY BEETLESTONE
                                              UNITED STATES DISTRICT JUDGE

Copies furnished to:
All counsel of record